# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3672
_____

John Gregory Lambros

*Plaintiff - Appellant*

v.

United States of America; United States Bureau of Prisons

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 15, 2021
Filed: June 18, 2021
[Unpublished]

_____

Before BENTON, WOLLMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

John Lambros appeals the district court's[1] dismissal of his pro se complaint raising a claim under the Federal Tort Claims Act.  Following a careful review, we conclude that the district court did not err in dismissing the case.  See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review). Accordingly, we affirm.  See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Elizabeth Cowan Wright, United States Magistrate Judge for the District of Minnesota.